STUART T. MATHESON, #2118
JON M. JEPPSON, #1695
ARMAND J. HOWELL, #10029
**MATHESON, MORTENSEN, OLSEN & JEPPSON**
Attorneys for Creditor
648 East First South
Salt Lake City, UT  84102
Telephone (801)363-2244
File No. 010808m

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, SOUTHERN DIVISION

| In re: IDR Investment Plan, LLC, a Utah Limited Liability Company | Chapter 11 |
|---|---|
| | Bankruptcy Case No. 08-20671 |
| Debtor.  Private Capital Group | Judge:  William T. Thurman |

**NOTICE OF APPEARANCE OF COUNSEL**

Matheson, Mortensen, Olsen & Jeppson hereby enter an appearance on behalf of

Private Capital Group, attached hereto and by this reference made a part hereof,

("Creditor"), a secured creditor in the above referenced bankruptcy.  Please add the

following to the mailing matrix.

Stuart T. Matheson
Matheson, Mortensen, Olsen & Jeppson
648 East First South
Salt Lake City, UT 84102

DATED this 12th day of February, 2008.

MATHESON, MORTENSEN, OLSEN & JEPPSON

*/s/  Armand J. Howell*
STUART T. MATHESON
JON M. JEPPSON
ARMAND J. HOWELL
Attorney for Creditor

1

**Filed: 02/12/08**

## CERTIFICATE OF SERVICE

       I hereby certify that on the 12th day of February, 2008, I caused a true and correct copy of the foregoing Notice of Appearance of Counsel to be electronically mailed to the following:

| | |
|---|---|
| United States Trustee | Anna W. Drake |
| Ken Garff Bldg. | 175 South Main Street |
| 405 South Main Street | Suite 1250 |
| Suite 300 | Salt Lake City, UT  84111 |
| Salt Lake City, UT  84111 | Debtor's attorney |

                                                   ***/s/  Steven J. Howell***
                                                   Steven J. Howell