December 8, 2008

CORRESPONDENCE

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2008 DEC 15 PM 12:58

DISTRICT OF UTAH

USA Bankruptcy Court

350 S. Main Street, Room 302

Salt Lake City, UT 84101

RE: IDR Investment Plan, LLC - Case 08-20671

I have been advised that I request my name be added to the mailing list for this case. This is for the Altamirada Development in Hurricane, UT that filed bankruptcy that I invested in.

Thank you.

*[signature: Roy E. Edwards]*

Roy E. Edwards

6218 2nd Street

Rio Linda, CA 95673

*per Rick*
*fax to 801/217-0285*

# INVESTMENT'S
## Reservation Agreement

*COPY*

A B C
D E
F
G H

| | Acreage | App. Value | Sales Price | Down Payment |
|---|---|---|---|---|
| Watchman | 0.18 | $120,000.00 | $78,000.00 | $7,800.00 |
| Great White Throne | 0.30 | $140,000.00 | $91,000.00 | $9,100.00 |
| West Rim | 0.65 | $180,000.00 | $117,000.00 | $11,700.00 |
| Angels Landing | 1.50 | $225,000.00 | $146,000.00 | $14,600.00 |
| Title Fees | $200 per lot to First American Title for Insurance & Recording | | | |

263.K

### BUYER'S INFORMATION 1

- Last Name: EDWARDS
- First: Rory
- M.I.: E
- Date: 6/20/07
- Street Address: 6218 2nd Street
- Occupation: Investor/Owner
- City: Rio Linda
- State: California
- ZIP: 95673
- Phone: 916-769-1409
- E-mail Address: reedwards@sbcglobal.net
- Who referred you? Rick Barnett
- Social Security No.: 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
- Future Lot Number(s): F13 & G11
- Deposit Amount: $26,700
- No. of Future Lots: 2
- Total Purchase Price: $263,000.00
- My Credit Score is: 766   680-699  (700+) 766
- Do you have any judgments against you? YES (NO)

### BUYER'S INFORMATION 2 (LEAVE BLANK IF ONLY 1 PERSON IS BUYING)

- Last Name:
- First:
- M.I.:
- Date:
- Street Address:
- Occupation:
- City:
- State:
- ZIP:
- Phone:
- E-mail Address:
- Social Security No.:
- My Credit Score is: <679  680-699  700+
- I have no judgments against me: YES  NO

### TITLE INFORMATION (LEAVE BLANK IF SAME AS "BUYER'S INFORMATION")

- Title Name:
- Date:
- Street Address:
- Apartment/Unit #:
- City:
- State:
- ZIP:
- Phone:
- E-mail Address:

### CREDIT CARD INFORMATION (IF APPLICABLE)

- Name:
- Credit Card Number:
- Exp Date:
- Billing Address:
- Apartment/Unit #:
- City:
- State:
- Zip:

Authorization: I authorize IDR to charge my credit card for the deposit amount listed above. Signature:

Page 1 of 3

...yer ("Potential Buyer") hereby deposits with First American Title Company, address of 365 S. Main, Cedar City, UT 84720 ("Depository") the amount as stated in the above form (the "Deposit"), for the reservation of the Future Lot (s) the lot (s) as stated in above form (the "Lot") of Altamirada Gated Community, (the "Subdivision") being sold by IDR Investment Plan LLC, a Utah Limited Liability Company, with an address of 51 East 400 North, Bldg #1, Cedar City UT 84720 ("Seller"). Note that payments made with checks will be deposited directly into the above referenced escrow account with First American Title. Down payments made with a credit card will first be processed by IDR's merchant account and then deposited directly into the above referenced escrow account with First American Title.

1. The Lot(s) ("TIC"), shall be sold for the price as stated above with said price being fixed for so long as this Reservation Agreement shall remain in effect.

2. Potential Buyer shall have until 5:00 p.m. on the third business day following the date of execution of this Agreement to cancel this Agreement and receive a full refund of the payment made pursuant hereto. Cancellation shall be in writing and shall be deemed effective if received by Seller prior to 5:00 p.m. on the third business day following the date of this Agreement. Potential Buyer may fax a cancellation notice to Seller at (801) 659-7658. After 5:00 on the third business day following the date of this Agreement, the payment made pursuant hereto shall become nonrefundable except that said payment shall be refunded if Seller is not able to deliver to Potential Buyer the TIC interest as contemplated herein.

3. When TIC interest are ready and available to transfer, Seller shall provide to Potential Buyer a series of documents (collectively "Closing Documents") to be executed by the parties to complete the closing on the TIC interest. At such time as Potential Buyer executes the Closing Documents, Seller, through Depository, shall issue a warranty deed to Potential Buyer for Potential Buyer's TIC interest. Any deposit or payment made hereby shall be applied to the purchase price of the TIC interest and the eventual purchase of an individual lot(s).

4. THIS AGREEMENT DOES NOT CREATE A CONTRACTUAL OBLIGATION TO BUY OR SELL ON THE PART OF EITHER POTENTIAL BUYER OR SELLER. EITHER POTENTIAL BUYER OR SELLER MAY, AT ANY TIME, CANCEL THIS RESERVATION INSTRUMENT. HOWEVER, AS SET FORTH IN PARAGRAPH 2, IF THIS INSTRUMENT IS CANCELLED AFTER 5:00 P.M. ON THE THIRD BUSINESS DAY AFTER THE DATE HEREOF, THE DEPOSIT SHALL BE NONREFUNDABLE.

5. The Deposit shall be held by Depository in a non-interest bearing Real Estate Trust Account in accordance with applicable law. If this Agreement is cancelled prior to 5:00 p.m. on the third business day after the date hereof, the return of the Deposit may be subject to normal delays associated with the processing of paper work by Depository and Depository's bank

_Roy E. Edwards_
**Potential Buyer**

_Roy EDWARDS_
**Printed Name**

_6/29/07_
**Date**

IDR Investment Plan, LLC
a Utah Limited Liability Company

_____
Ryan Gregerson

_____
Date

6/26/07 — 4:36 P.m.
copy of check
fax to 801/217-0285

---

ROY E. EDWARDS
6218 - 2ND STREET
RIO LINDA CA 95673

1004

DATE 6/20/07    25-3/440 99991

PAY TO THE ORDER OF  First American Title     $ 26,700.00

Twenty-six Thousand Seven Hundred DOLLARS
No/100

CHASE
JPMorgan Chase Bank, N.A.
Columbus, Ohio 43271
www.Chase.com

MEMO _____     Roy E Edwards

⑆044000037⑆  4470225080 58⑆ 1004

## ADDENDUM TO RESERVATION AGREEMENT

This Addendum is an addendum to that Reservation Agreement dated the 29 day of June, 2007 by and between IDR Investment Plan, LLC ("Seller") and Ray E. Edwards ("Buyer").

For value received, the parties agree that the above referenced Reservation Agreement shall be modified, as follows:

In the event AltaMirada subdivision incurs unforeseen problems, Seller reserves the right to transfer Buyer's reservation to a lot in another IDR subdivision. In the event that Seller transfers Buyer's reservation in this manner, Buyer shall be guaranteed to receive a lot of equal or greater value than the original lot reserved in the AltaMirada Subdivision. Buyer agrees and understands that while the deposit being made by Buyer to reserve a lot will remain the same, the actual cost of the lot may be more than the lot reserved in AltaMirada. In no event will Seller transfer Buyer's reservation to a lot with a purchase price in excess of $160,000. Down payment will be held by IDR Investments. Seller shall notify Buyer within seventy-two (72) hours after transferring Buyer's reservation in this manner. All other terms and conditions of this Reservation Agreement and any other ancillary documents shall remain in full force and effect.

The parties agree that should there be a conflict between the Reservation Agreement and this Addendum, the terms of this Addendum shall control. All other terms of the Reservation Agreement shall remain in full force and effect.

_____          IDR Investment Plan, LLC
Potential Buyer                           a Utah Limited Liability Company

Ray E. Edwards
_____          _____
Printed Name                              Ryan Gregerson

6/29/07
_____          _____
Date                                      Date

**AT&T Yahoo! Mail**

Welcome, reeedwards@sbcglo...
[Sign Out, Member Center]

Mail Home | Tutorials | Help

**CONGRATS!!! TODAY IS YOUR LUCKY DAY**
CONGRATS!!!
CONGRATS!!!
GiftFreebies.com — complete 1 offer

| Mail | Addresses | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[Check Mail] [Compose]  [Search Mail] [Search the Web]

Attractive Card for ugly credit

**Folders** [Add - Edit]
- Inbox (15)
- Draft
- Sent
- Bulk (61) [Empty]
- Trash [Empty]

**My Folders** [Hide]
- ATT Yahoo Info
- Bill Confirmation
- For Sale(Beck L...
- Foreclosures
- ISI
- Mike McMurtrey
- Vale Property

**Search Shortcuts**
- My Photos
- My Attachments

Netflix Try for Free!

Free People Search

FICO above 680? 5.4%* Refi Rate

Find Old Friends

Previous | Next | Back to Messages

[Delete] [Reply] [Forward] [Spam] [Move...]

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**From:** "Rick" <rick@goinvestwisely.com>   View Contact Details   Add Mobile Alert
**To:** "'Roy Edwards'" <reeedwards@sbcglobal.net>
**CC:** "'Brad Hess'" <brad@goinvestwisely.com>
**Subject:** FW: Escrow Instructions.pdf
**Date:** Wed, 15 Aug 2007 16:11:44 -0600

Roy;

Please fill out the Escrow Instructions in regards to the Hurricane Project. Fill out a form for each Hurricane Lot you purchased and fax to 801-217-0285. Your Lot numbers are; F13 and G11. Thanks.

Talk to you soon;

Rick

---

**From:** Mark [mailto:mark@goinvestwisely.com]
**Sent:** Wednesday, August 15, 2007 3:30 PM
**To:** brad@goinvestwisely.com; rick@goinvestwisely.com
**Subject:** FW: Escrow Instructions.pdf

---

**From:** Ryan Gregerson [mailto:ryan@IDRinvestments.com]
**Sent:** Thursday, July 05, 2007 9:54 AM
**To:** slomu@envisionlending.com
**Subject:** Escrow Instructions.pdf

**Attachments**

Files:

Scan and Save to Computer

http://us.f837.mail.yahoo.com/ym/ShowLetter?MsgId=9453_2038847_9587_1923_71519...   8/15/2007

## Escrow Instructions

Buyer of lot number 611 in the AltaMirada Subdivision authorizes First American Title to release Reservation Money (Down Payment) to Seller 72 hours after executing the Reservation Agreement.

_____
Potential Buyer

Roy E. Edwards
Printed Name

8/15/07
Date

## Escrow Instructions

Buyer of lot number F13 in the AltaMirada Subdivision authorizes First American Title to release Reservation Money (Down Payment) to Seller 72 hours after executing the Reservation Agreement.

_____
Potential Buyer

Roy E. Edwards
Printed Name

8/15/07
Date