*FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 SEP 16 PM 12:03
DISTRICT OF UTAH
MAIL*

September 11, 2009

Bankruptcy Court
350 South Main
#301
Salt Lake City, UT 84101

**CORRESPONDENCE**

Re: IDR Investment Plan, Case #0820671

To Bankruptcy Court Clerk:

I am writing to inquire about Case # 0820671, Reference: IDR Investment Plan. I was an investor with IDR Investments and purchases an option for two lots associated with their Hurricane, Altamirada project in June 2007. I have never been formally notified in writing or by phone by IDR Investments (IDR), but recently found out through a third party real estate investment group that IDR had filed for Bankruptcy. And I was beyond shocked when I was told they did this about a year ago. I am not sure why I was never notified of this matter as an investor in this project. I would appreciate you sending me any information on the status of this case and whether there will be any opportunity for a distribution to the investors that funded the start of this project.

I would appreciate you providing me an update and let me know my rights as I am apparently really late in the game in finding all of this out. Thank you

*Michael J. Sexton*

Michael J. Sexton
michaelsexton7@hotmail.com
978-413-4484