FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 NOV 23 PM 1:21

DISTRICT OF UTAH
MAIL

November 19, 2009

USA Bankruptcy Court
Attn: Clerk – Bankruptcy Court
350 S. Main Street
Room 302
Salt Lake City, UT 84101

Re: IDR Investment Plan: Case 08-20671

Attention Bankruptcy Court Clerk:

I was recently informed verbally by a third party that IDR Investments filed for bankruptcy for the Altamirada Development in Hurricane, UT. Unfortunately I found out after the deadline of when creditors were able to file with the court. I invested in two lots with the Altamirada project, one under my name and another under a self-directed IRA, but was never informed by IDR Investments of the bankruptcy filing for either of the investments I made with them. Given the money I invested with IDR Investments, the purpose of this letter is to file a motion to have my name added as a creditor even though the deadline has already passed. I would appreciate this consideration given the lack of communication provided by IDR Investments.

Thank you

*Michael J. Sexton* (signature)

Michael J. Sexton
P.O. Box 1346
Westford, MA 01886
michaelsexton7@hotmail.com
978-413-4484

Attachments:

Self-directed IRA Reservation Agreements with IDR Investments
Credit Card Reservation Agreement with IDR Investments

14

# FAX (781) 273-3311   FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Mark Archibald | Michael J. Sexton |
| COMPANY: | DATE: |
|  | 6/25/07 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 801-217-0285 | 4 |
| REGARDING: | |
| Revised Reservation Agreement | |

☐ PLEASE COMPLETE AND RETURN    ☐ URGENT    ☐ FOR YOUR USE    ☐ PLEASE REPLY

NOTES/COMMENTS:

Mark,

As a follow-up to my email, attached is my revised Reservation Agreement for Lot A41, which I am reserving with a self-directed IRA fund. My custodian indicated the Title Name should be addressed to Entrust New England, LLC, F.B.O. Michael Sexton – IRA #7022 and not just my name. I have updated the Reservation Form to reflect this and it is attached. Any questions, feel free to call me at 617-504-4798.

Mike Sexton



IDR WAS CREATED TO EMPOWER YOU



## 3 Steps to Reserving a Future Lot:

1) Fill out Reservation Agreement below and fax to
   -(801) 217-0285

2) Make check to First American Title and Send Check to IDR Investments (or fill out credit card information on Reservation Agreement:.
   - IDR Investments
   51 E 400 N Bldg 1
   Cedar City, UT 84720

3) First American Title will send you closing documents and receipt for down payment in escrow.

# IDR INVESTMENT'S
Reservation Agreement

|  | Acreage | App. Value | Sales Price | Down Payment |
|---|---|---|---|---|
| Watchman | 0.18 | $ 120,000.00 | $ 78,000.00 | $ 7,800.00 |
| Great White Throne | 0.30 | $ 140,000.00 | $ 91,000.00 | $ 9,100.00 |
| Wescrim | 0.65 | $ 180,000.00 | $ 117,000.00 | $ 11,700.00 |
| Angels Landing | 1.50 | $ 225,000.00 | $ 146,000.00 | $ 14,600.00 |
| Title Fees | $200 per lot to First American Title for Insurance & Recording ||||

## BUYER'S INFORMATION 1

- Last Name: Sexton
- First: Michael
- M.I.: J
- Date: 6/25/07
- Street Address: 98 School Street
- Occupation: Consultant
- City: Chelmsford
- State: MA
- ZIP: 01824
- Phone: 978-251-3183
- E-mail Address: michaelsexton7@hotmail.com
- Who referred you?: GRSR
- Social Security No.: 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
- Future Lot Number(s): A41
- Deposit Amount: $7,800
- No. of Future Lots: 1
- Total Purchase Price: $78,000
- My Credit Score Is: 680-699 / (700+) circled
- Do you have any judgments against you? YES / (NO) circled

## BUYER'S INFORMATION 2 (LEAVE BLANK IF ONLY 1 PERSON IS BUYING)

- Last Name:
- First:
- M.I.:
- Date:
- Street Address:
- Occupation:
- City:
- State:
- ZIP:
- Phone:
- E-mail Address:
- Social Security No.:
- My Credit Score Is: < 679 / 680-699 / 700+
- I have no judgments against me: YES / NO

## TITLE INFORMATION (LEAVE BLANK IF SAME AS "BUYER'S INFORMATION")

- Title Name: Entrust New England LLC, F.B.O. Michael Sexton - IRA #7022
- Date: 6/25/07
- Street Address: 116 Pleasant Street
- Apartment/Unit #: Suite 5
- City: Marblehead
- State: MA
- ZIP: 01945
- Phone: 781-639-1846
- E-mail Address: robertah@theentrustgroup.com

## CREDIT CARD INFORMATION (IF APPLICABLE)

- Name:
- Credit Card Number:
- Exp Date:
- Billing Address:
- Apartment/Unit #:
- City:
- State:
- Zip:

Authorization: I authorize IDR to charge my credit card for the deposit amount listed above. Signature:

Page 1 of 3

Buyer ("Potential Buyer") hereby deposits with First American Title Company, address of 365 S. Main, Cedar City, UT 84720 ("Depository") the amount as stated in the above form (the "Deposit"), for the reservation of the Future Lot (s) the lot (s) as stated in above form (the "Lot") of Altamirada Gated Community, (the "Subdivision") being sold by IDR Investment Plan LLC, a Utah Limited Liability Company, with an address of 51 East 400 North, Bldg #1, Cedar City UT 84720 ("Seller"). **Note that payments made with checks will be deposited directly into the above referenced escrow account with First American Title. Down payments made with a credit card will first be processed by IDR's merchant account and then deposited directly into the above referenced escrow account with First American Title.**

1. The Lot(s) ("TIC"), shall be sold for the price as stated above with said price being fixed for so long as this Reservation Agreement shall remain in effect.

2. Potential Buyer shall have until 5:00 p.m. on the third business day following the date of execution of this Agreement to cancel this Agreement and receive a full refund of the payment made pursuant hereto. Cancellation shall be in writing and shall be deemed effective if received by Seller prior to 5:00 p.m. on the third business day following the date of this Agreement. Potential Buyer may fax a cancellation notice to Seller at (801) 659-7650. After 5:00 on the third business day following the date of this Agreement, the payment made pursuant hereto shall become nonrefundable except that said payment shall be refunded if Seller is not able to deliver to Potential Buyer the TIC interest as contemplated herein.

3. When TIC interest are ready and available to transfer, Seller shall provide to Potential Buyer a series of document (collectively "Closing Documents") to be executed by the parties to complete the closing on the TIC interest. At such time as Potential Buyer executes the Closing Documents, Seller, through Depository, shall issue a warranty deed to Potential Buyer for Potential Buyer's TIC interest. Any deposit or payment made hereby shall be applied to the purchase price of the TIC interest and the eventual purchase of an individual lot(s).

4. THIS AGREEMENT DOES NOT CREATE A CONTRACTUAL OBLIGATION TO BUY OR SELL ON THE PART OF EITHER POTENTIAL BUYER OR SELLER. EITHER POTENTIAL BUYER OR SELLER MAY, AT ANY TIME, CANCEL THIS RESERVATION INSTRUMENT. HOWEVER, AS SET FORTH IN PARAGRAPH 2, IF THIS INSTRUMENT IS CANCELLED AFTER 5:00 P.M. ON THE THIRD BUSINESS DAY AFTER THE DATE HEREOF, THE DEPOSIT SHALL BE NONREFUNDABLE.

5. The Deposit shall be held by Depository in a non-interest bearing Real Estate Trust Account in accordance with applicable law. If this Agreement is cancelled prior to 5:00 p.m. on the third business day after the date hereof, the return of the Deposit may be subject to normal delays associated with the processing of paper work by Depository and Depository's bank

| | |
|---|---|
| _____ <br> Potential Buyer | IDR Investment Plan, LLC <br> a Utah Limited Liability Company |
| _____ <br> Printed Name | _____ <br> Ryan Gregerson |
| 6/25/07 <br> Date | _____ <br> Date |

Potential Buyer signature: *Michael J Sexton*
Printed Name: Michael J Sexton
Date: 6/25/07

## ADDENDUM TO RESERVATION AGREEMENT

This Addendum is an addendum to that Reservation Agreement dated the __25__ day of __June__, 2007 by and between IDR Investment Plan, LLC ("Seller") and __Mike Sexton__ ("Buyer"). — Lot B 28

For value received, the parties agree that the above referenced Reservation Agreement shall be modified, as follows:

In the event AltaMirada subdivision incurs unforeseen problems, Seller reserves the right to transfer Buyer's reservation to a lot in another IDR subdivision. In the event that Seller transfers Buyer's reservation in this manner, Buyer shall be guaranteed to receive a lot of equal or greater value than the original lot reserved in the AltaMirada Subdivision. Buyer agrees and understands that while the deposit being made by Buyer to reserve a lot will remain the same, the actual cost of the lot may be more than the lot reserved in AltaMirada. Down payment will be held by IDR Investments. Seller shall notify Buyer within twenty-four (24) hours prior to changing Buyer's reservation in this manner. All other terms and conditions of this Reservation Agreement and any other ancillary documents shall remain in full force and effect.

The parties agree that should there be a conflict between the Reservation Agreement and this Addendum, the terms of this Addendum shall control. All other terms of the Reservation Agreement shall remain in full force and effect.

_____
Potential Buyer

IDR Investment Plan, LLC
a Utah Limited Liability Company

__Michael J Sexton__
Printed Name

_____
Ryan Gregerson

__6/26/07__
Date

_____
Date

## Escrow Instructions

Buyer of lot number A41 in the AltaMirada Subdivision authorizes First American Title to release Reservation Money (Down Payment) to Seller 72 hours after executing the Reservation Agreement.

ENTRUST NEW ENGLAND LLC. FBO Michael J. Sexton IRA 7022
_____
Potential Buyer

ROBERTA K. Hurney, Manager    J. Sexta B. Hurney
_____
Printed Name

7-9-07
_____
Date


Read and Approved by
Michael J Sexton

Michael J Sexton
7/9/07





## 3 Steps to Reserving a Future Lot:

1) Fill out Reservation Agreement below and fax to
   -(801) 217-0285

2) Make check to First American Title and Send Check to IDR Investments (or fill out credit card information on Reservation Agreement:.
   - IDR Investments
   51 E 400 N Bldg 1
   Cedar City, UT 84720

3) First American Title will send you closing documents and receipt for down payment in escrow.

# IDR INVESTMENT'S
Reservation Agreement

|  | Acreage | App. Value | Sales Price | Down Payment |
|---|---|---|---|---|
| Watchman | 0.18 | $120,000.00 | $78,000.00 | $7,800.00 |
| Great White Throne | 0.30 | $140,000.00 | $91,000.00 | $9,100.00 |
| West Rim | 0.65 | $180,000.00 | $117,000.00 | $11,700.00 |
| Angels Landing | 1.50 | $225,000.00 | $146,000.00 | $14,600.00 |
| Title Fees | colspan | $200 per lot to First American Title for Insurance & Recording | | |

## BUYER'S INFORMATION 1

| Field | Value |
|---|---|
| Last Name | Sexton |
| First | Michael |
| M.I. | J |
| Date | 6/21/07 |
| Street Address | 98 School Street |
| Occupation | Consultant |
| City | Chelmsford |
| State | MA |
| ZIP | 01824 |
| Phone | 617-504-4798 |
| E-mail Address | |
| Who referred you? | GRSR |
| Social Security No. | 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 |
| Future Lot Number(s) | B28 |
| Deposit Amount | $7,800 |
| No. of Future Lots | 1 |
| Total Purchase Price | $78,000 |
| My Credit Score is | 700 + (circled) |
| Do you have any judgments against you? | NO (circled) |

## BUYER'S INFORMATION 2 (LEAVE BLANK IF ONLY 1 PERSON IS BUYING)

(blank)

## TITLE INFORMATION (LEAVE BLANK IF SAME AS "BUYER'S INFORMATION")

(blank)

## CREDIT CARD INFORMATION (IF APPLICABLE)

| Field | Value |
|---|---|
| Name | Michael J Sexton |
| Credit Card Number | [redacted] |
| Exp Date | [redacted] |
| Billing Address | 98 School Street |
| City | Chelmsford |
| State | MA |
| Zip | 01824 |

**Authorization:** I authorize IDR to charge my credit card for the deposit amount listed above.    **Signature:** Michael J Sexton

Page 1 of 3

Buyer ("Potential Buyer") hereby deposits with First American Title Company, address of 365 S. Main, Cedar City, UT 84720 ("Depository") the amount as stated in the above form (the "Deposit"), for the reservation of the Future Lot (s) the lot (s) as stated in above form (the "Lot") of Altamirada Gated Community, (the "Subdivision") being sold by IDR Investment Plan LLC, a Utah Limited Liability Company, with an address of 51 East 400 North, Bldg #1, Cedar City UT 84720 ("Seller"). **Note that payments made with checks will be deposited directly into the above referenced escrow account with First American Title. Down payments made with a credit card will first be processed by IDR's merchant account and then deposited directly into the above referenced escrow account with First American Title.**

1. The Lot(s) ("TIC"), shall be sold for the price as stated above with said price being fixed for so long as this Reservation Agreement shall remain in effect.

2. Potential Buyer shall have until 5:00 p.m. on the third business day following the date of execution of this Agreement to cancel this Agreement and receive a full refund of the payment made pursuant hereto. Cancellation shall be in writing and shall be deemed effective if received by Seller prior to 5:00 p.m. on the third business day following the date of this Agreement. Potential Buyer may fax a cancellation notice to Seller at (801) 659-7650. After 5:00 on the third business day following the date of this Agreement, the payment made pursuant hereto shall become nonrefundable except that said payment shall be refunded if Seller is not able to deliver to Potential Buyer the TIC interest as contemplated herein.

3. When TIC interest are ready and available to transfer, Seller shall provide to Potential Buyer a series of document (collectively "Closing Documents") to be executed by the parties to complete the closing on the TIC interest. At such time as Potential Buyer executes the Closing Documents, Seller, through Depository, shall issue a warranty deed to Potential Buyer for Potential Buyer's TIC interest. Any deposit or payment made hereby shall be applied to the purchase price of the TIC interest and the eventual purchase of an individual lot(s).

4. THIS AGREEMENT DOES NOT CREATE A CONTRACTUAL OBLIGATION TO BUY OR SELL ON THE PART OF EITHER POTENTIAL BUYER OR SELLER. EITHER POTENTIAL BUYER OR SELLER MAY, AT ANY TIME, CANCEL THIS RESERVATION INSTRUMENT. HOWEVER, AS SET FORTH IN PARAGRAPH 2, IF THIS INSTRUMENT IS CANCELLED AFTER 5:00 P.M. ON THE THIRD BUSINESS DAY AFTER THE DATE HEREOF, THE DEPOSIT SHALL BE NONREFUNDABLE.

5. The Deposit shall be held by Depository in a non-interest bearing Real Estate Trust Account in accordance with applicable law. If this Agreement is cancelled prior to 5:00 p.m. on the third business day after the date hereof, the return of the Deposit may be subject to normal delays associated with the processing of paper work by Depository and Depository's bank

| | |
|---|---|
| ___*Michael J Sexton*___ <br> Potential Buyer | IDR Investment Plan, LLC <br> a Utah Limited Liability Company |
| ___Michael J Sexton___ <br> Printed Name | _____ <br> Ryan Gregerson |
| ___6/27/07___ <br> Date | _____ <br> Date |

## ADDENDUM TO RESERVATION AGREEMENT

This Addendum is an addendum to that Reservation Agreement dated the 21 day of June, 2007 by and between IDR Investment Plan, LLC ("Seller") and Mike Sexton ("Buyer"). Lot A41

For value received, the parties agree that the above referenced Reservation Agreement shall be modified, as follows:

In the event AltaMirada subdivision incurs unforeseen problems, Seller reserves the right to transfer Buyer's reservation to a lot in another IDR subdivision. In the event that Seller transfers Buyer's reservation in this manner, Buyer shall be guaranteed to receive a lot of equal or greater value than the original lot reserved in the AltaMirada Subdivision. Buyer agrees and understands that while the deposit being made by Buyer to reserve a lot will remain the same, the actual cost of the lot may be more than the lot reserved in AltaMirada. Down payment will be held by IDR Investments. Seller shall notify Buyer within twenty-four (24) hours prior to changing Buyer's reservation in this manner. All other terms and conditions of this Reservation Agreement and any other ancillary documents shall remain in full force and effect.

The parties agree that should there be a conflict between the Reservation Agreement and this Addendum, the terms of this Addendum shall control. All other terms of the Reservation Agreement shall remain in full force and effect.

_____  
Potential Buyer

Michael J Sexton  
Printed Name

6/26/07  
Date

IDR Investment Plan, LLC  
a Utah Limited Liability Company

_____  
Ryan Gregerson

_____  
Date

## Escrow Instructions

Buyer of lot number 928 In the AltaMirada Subdivision authorizes First American Title to release Reservation Money (Down Payment) to Seller 72 hours after executing the Reservation Agreement.

_____
Potential Buyer

__Michael J Sexton__
Printed Name

_____~~~~~~~ 7/9/07
Date